IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN STACY,<br><br>      Plaintiff,<br><br>  v.<br><br>REDERIET OTTO DANIELSEN, A.S.; K/S ARIES SHIPPING; and MARINCONSULT SHIP MANAGEMENT,<br><br>      Defendants.<br>_____/ | No. C 08-3586 CW<br><br>ORDER TO SHOW CAUSE |

Plaintiff in related case <u>Wade v. Tschudi Shipping Co. A.S.</u>, No. C 07-5487, has moved to consolidate that case with the present one. Defendants in <u>Wade</u> have filed a statement of non-opposition to the motion. However, Plaintiff in <u>Wade</u> did not simultaneously file her motion to consolidate in the present case. It is thus not clear whether any party to this action opposes consolidation. Therefore, if any party opposes consolidation, it shall, by November 20, 2008, file a brief showing cause why the two actions should not be consolidated. If no brief is filed by November 20, the Court will consider there to be no opposition to consolidation, and will order the cases consolidated.

    IT IS SO ORDERED.

Dated: 11/13/08

                                        CLAUDIA WILKEN<br>                                        United States District Judge